```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAVON JENKINS,

                     Plaintiff,

     -against-

YELLOWSTONE PROPERTIES, INC.;
ORLANDO FRANCO, individually and in
his official capacity,

                   Defendants.

-----------------------------------------------------------------X

ORDER OF DISMISSAL

1:17-CV-7764 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference was held in this matter on **December 17, 2019.** At that conference, on the record, the Court approved the fairness parties' settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). (ECF No. 50.) On December 19, 2019, the parties consented to the undersigned's jurisdiction for all purposes. (ECF No. 51.)

      As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs. **The Clerk of Court is kindly directed to close this case**.

      **SO ORDERED.**

Dated: February 2, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1